IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 06-cv-02395-WYD

DWIGHT NEAL,

    Applicant,

v.

H. A. RIOS, JR., Warden,

    Respondent.

## ORDER TO SUPPLEMENT RECORD

Applicant, Dwight Neal, Register Number 07007-424, was a prisoner in the custody of the United States Bureau of Prisons (BOP) who was incarcerated at the United States Penitentiary, High Security, in Florence, Colorado, when he initiated the instant action by filing *pro se* a habeas corpus application pursuant to 28 U.S.C. § 2241. According to the Federal Bureau of Prisons' inmate locator on the BOP website, www.bop.gov, Mr. Neal was released from custody on December 21, 2007. Therefore, the respondent will be directed to provide any information available concerning Mr. Neal's current whereabouts. Respondent also will be directed to brief the court whether the instant habeas corpus action is now moot. Accordingly, it is

ORDERED that the respondent is directed **within twenty (20) days from the date of this order** to provide any information available concerning the current whereabouts of the applicant, Dwight Neal. It is

FURTHER ORDERED that the respondent is directed **within twenty (20) days from the date of this order** to brief the court whether the instant habeas corpus action is now moot. It is

FURTHER ORDERED that the clerk of the court mail a copy of this order to Mr. Neal at his last known address.

DATED at Denver, Colorado this <u>8th</u> day of April, 2008.

BY THE COURT:


<u>s/ Wiley Y. Daniel</u>
WILEY Y. DANIEL,
UNITED STATES DISTRICT JUDGE